**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RASUL MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19-cv-8336 |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| BBC PH KINZIE, LLC, | ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant BBC PH KINZIE, LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, each party to bear its own costs and attorney's fees except as more fully set forth in their Settlement Agreement and Release.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Joseph J. Lynett* |
| R. Joseph Kramer | Joseph J. Lynett |
| KRAMER INJURY LAW LLC | Jessica E. Quarless |
| 225 W. Washington Street, Ste. 2200 | JACKSON LEWIS, P.C. |
| Chicago, IL 60606 | 150 N. Michigan Ave., Suite 2500 |
| Phone: (312) 775-1012 | Chicago, IL 60601 |
| joe@rjklawyer.com | Phone: (312) 803-2532 |
| | joseph.lynett@jacksonlewis.com |
| *Attorney for Plaintiff Muhammad* | jessica.quarless@jacksonlewis.com |
| | *Attorney for BBC PH Kinzie, LLC* |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on October 26, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer